IN UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Jacobson,<br>Plaintiff,<br>-vs-<br>USAble Life,<br>Defendant. | Civil No. 00-1332 (DWF/RLE)<br>**STIPULATION OF DISMISSAL** and ORDER<br>**Rule 41(a)(1)** |

The above-entitled action having been fully compromised and settled as to all the claims between the parties, it is hereby stipulated that the above action be and is hereby dismissed with prejudice and on the merits and without costs to either of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: Dec. 12, 2000

Kurt J. Marben
Kurt J. Marben
MN License No. 67374
OF: CHARLSON, MARBEN & JORGENSON, P.A.
Attorneys at Law
119 West Second Street
P.O. Box 506
Thief River Falls, MN 56701
(218) 681-4002
**ATTORNEYS FOR PLAINTIFF**

Dated: December 6, 2000

Linda E. Bata
Linda E. Bata
MN License No. 214620
OF: FISHER, OLSON, DALEY & BATA, LTD.
Attorneys at Law
P.O. Box 5788
Grand Forks, ND 58206-5788
Phone: (701) 775-4688
**ATTORNEYS FOR DEFENDANT**



FILED DEC 20 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Fisher, Olson, Daley & Bata, Ltd.
Lawyers
Grand Forks, North Dakota

**ORDER FOR DISMISSAL**

Upon the foregoing Stipulation of Dismissal,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on the merits and without costs or disbursements to either party.

Dated this 20th day of Dec, 2000.

BY THE COURT:



Fisher, Olson, Daley & Data, Ltd.
Lawyers
Grand Forks, North Dakota